```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


SHARONDA QUALLS
            (Plaintiff)      :


                             :         Civil 01-2860 (WHW)
            v.
                             :              ORDER
CITY OF NEWARK, et al
            (Defendant)
                             :
```

It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed and the Court having received an affidavit from the plaintiff,

It is on this 30th day of March 2009,

O R D E R E D  that the notice of call for dismissal be withdrawn.


                                        S/ William H. Walls
                                        _____
                                        WILLIAM H. WALLS
                                        United States District Judge