JULIEN X. NEALS
CORPORATION COUNSEL
920 Broad Street, Room 316
Newark, New Jersey 07102
Attorney for Defendants Prystauk and Buglione

By:  Avion M. Benjamin (5629)
     Assistant Corporation Counsel
     (973) 733-3880

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARONDA QUALLS, individually and as Guardian Ad Litem for her two infant children, LAWRENCE QUALLS and FATIESHA QUALLS, GARETH JONES, by his mother and Guardian Ad Litem, RASHENE JONES,<br><br>Plaintiffs,<br>v.<br><br>NEWARK POLICE DEPARTMENT, STEPHANIE TREADWELL, GARY S. PRYSTAUK, ROCCO BUGLIONE, JULIAN JOVA, JOHN DOES and ABC PUBLIC ENTITY<br><br>Defendants. | CIVIL ACTION NO.<br>01-02860<br><br><br>STIPULATION OF SETTLEMENT |

   **WHEREAS,** plaintiffs commenced this action by filing a complaint on or about May 14, 2001,

   **WHEREAS,** defendants have denied any and all liability arising out of plaintiffs' allegations; and

   **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned the above-referenced action is hereby settled with respect to all parties.

Dated: April 5, 2010

By: /s/ Robert Woodruff
Robert Woodruff
Attorney for plaintiff

By: /s/ Avion M. Benjamin
Avion M. Benjamin
Attorney for Defendants Prystauk and Buglione

By: /s/ John Whipple
John Whipple
Attorney for Defendant Treadwell